People v Pringle (2024 NY Slip Op 05766)

People v Pringle

2024 NY Slip Op 05766

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND KEANE, JJ. (Filed Nov. 15, 2024.) 

MOTION NO. (432/24) KA 22-00972.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
AHMAD PRINGLE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument and reconsideration denied.